ORDERED UNSEALED on 09/03/2026 s/ melodyqu

SEALED

FILED
Aug 13 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ DianaDeAndaOmelas DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

ESTEBAN QUINTERO,

Defendant.

Case No. '26 CR3185 JES

I N D I C T M E N T

Title 18, U.S.C., Sec. 111(a)(1) and (b) - Assault on a Federal Officer or Employee (Felony)

The grand jury charges:

On or about April 30, 2024, within the Southern District of California, defendant ESTEBAN QUINTERO did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit: United States Postal Service Employee F.L., while F.L. was engaged in and on account of the performance of official duties, such acts involving physical contact with F.L., to wit: punching F.L. in the face, and inflicting bodily injury; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

DATED: August 13, 2026.

[redacted]

ADAM GORDON
United States Attorney

By:
ANDREW SHERWOOD
Assistant U.S. Attorney

APSH:nlv:San Diego:8/13/26